THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL D. PIERCE, Appellant, v MICHAEL F. HOGAN, Commissioner, Office of Mental Health, Respondent. [937 NYS2d 910]

Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.